IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00424-RJC-DSC

| | |
|---|---|
| MRK IVEY'S HOTEL LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SELECTIVE INSURANCE COMPANY OF AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Gail A. McQuilkin and Benjamin J. Widlanski]" (documents ##4 and 5) filed August 24, 2020. For the reasons set forth therein, the Motions will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: August 24, 2020

David S. Cayer
United States Magistrate Judge